MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-2695
  Facsimile:  (408) 535-5066
  Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    CR 10-00450-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 14, 2012 TO NOVEMBER 5, 2012 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. | |
| STEVEN FOSTER, | |
| Defendant. | |

On May 14, 2012, the parties appeared before this Court for a status hearing/trial setting conference. The Court set the matter for trial beginning on November 5, 2012 with jury selection. Trial is scheduled to commence the following day.

The parties stipulate that the time between today's court appearance, May 14, 2012, and the beginning of trial, November 5, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested trial date would unreasonably deny the defense counsel and the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested trial date outweigh the best interest of the public, and the

1

defendants in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §3161(h)(7)(A).

DATED: May 15, 2012  MELINDA HAAG
United States Attorney

___/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney


___/s/_____
MANUEL ARAUJO
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN FOSTER,<br><br>    Defendant. | No.   CR 10-00450-EJD<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM MAY 14, 2012 TO NOVEMBER 5, 2012 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between May 14, 2012 and the beginning of trial, November 5, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to set the case for trial on November 5, 2012 would unreasonably deny the defense counsel and the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance through the current trial date outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. The court

therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED:   May 15, 2012


EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE