Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant STEVEN FOSTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0450 EJD |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| vs. ) | **ORDER CONTINUING STATUS HEARING** |
| STEVEN FOSTER ) | |
| Defendant ) | |

The parties stipulate, and request that the court Order, the following:

1. Mr. Foster, the accused in the above case, is currently scheduled for a status hearing on February 4, 2013 at 1:30 PM. By this stipulation and proposed Order, the parties are jointly requesting that the status hearing be moved to March 11, 2013 at 1:30 PM.

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE. - 1

2. Counsel for Mr. Foster, Peter A. Leeming, will be in trial in the case of US v. Roller, CR 08-00361 RMW on February 4 and will therefore not be available. The parties have discussed the date of March 11, 2013 as an alternative status conference date and respectfully request the court continue the hearing until that date.

3. For the above reasons, the parties respectfully request that the hearing date of February 4, 2013 be vacated, and a new hearing be set for March 11, 2013, at 1:30 PM, and that the time from February 4, 2013 to March 11, 2013 be excluded under the speedy trial act for the effective preparation of counsel and for continuity of counsel.

Respectfully submitted,

Dated: January 27, 2013     By:_____/s/_____
                             PETER A. LEEMING,
                             Attorney for Steven Foster

                             _/s/ Jeffrey B. Schenk_
                             Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:____1/30/2013____                    _____
                                           Hon. Edward J. Davila
                                           United States District Court Judge

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE. - 2