Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant STEVEN FOSTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0450 EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| vs. | |
| STEVEN FOSTER | |
| Defendant | |

The parties stipulate, and request that the court Order, the following:

1. Mr. Foster, the accused in the above case, is currently scheduled for a status hearing on April 22, 2013 at 1:30 PM. By this stipulation and proposed Order, the parties are jointly requesting that the status hearing be continued one week, to April 29, 2013 at 1:30 PM.

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE. - 1

2. At the last settlement conference, the parties discussed a potential settlement conference and requested that the matter be referred to Judge Grewal. That date has now been set, but Judge Grewal was not available until April 24, 2013, which is after the current status date. The parties therefore request that the status conference be continued one week, after the settlement conference has occurred.

3. For the above reasons, the parties respectfully request that the April 22 status conference be continued until April 29, 2013, at 1:30 PM, and that the time from April 22, 2013 to April 29, 2013 be excluded under the speedy trial act for the effective preparation of counsel and for continuity of counsel.

Respectfully submitted,

Dated: March 28, 2013   By:_____/s/_____
                         PETER A. LEEMING,
                         Attorney for Steven Foster

                         _/s/ Jeffrey B. Schenk_
                         Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:____4/1/2013_____                      _____
                                              Hon. Edward J. Davila
                                              United States District Court Judge